1

2   Christopher T. Heffelfinger (SBN 118058)
    **BERMAN DeVALERIO**
3   425 California Street, Suite 2100
    San Francisco, CA  94104
4   Telephone:  415.433.3200
    Facsimile:  415.433.6382
5   cheffelfinger@bermandevalerio.com

6   Mary Jane Fait
    Adam J. Levitt
7   Michael D. Yanovsky
    **WOLF HALDENSTEIN ALDER**
8   **FREEMAN & HERZ LLC**
    55 West Monroe Street, Suite 1111
9   Chicago, IL 60603
    Telephone:  312.984.0000
10  Facsimile:  312.984.0001
    fait@whafh.com
11  levitt@whafh.com
    yanovsky@whafh.com

12  Attorneys for Plaintiff Amber Nikkel, Inc.

\*E-Filed 11/24/09\*

13              **UNITED STATES DISTRICT COURT**
14             **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN JOSE DIVISION**
15

16  AMBER NIKKEL, on behalf of herself and all      Case No. 09-CV-05135 RS
    others similarly situated,
17
                        Plaintiff,                   **STIPULATION RE EXTENSION**
18                                                   **OF TIME FOR DEFENDANT TO**
             v.                                      **RESPOND TO COMPLAINT;**
19                                                   **[PROPOSED] ORDER EXTENDING**
    SONY CORPORATION; SONY OPTIARC              **TIME TO RESPOND TO**
20  INC.; SONY OPTIARC AMERICA INC.;            **COMPLAINT**
    TOSHIBA CORPORATION; SAMSUNG
21  ELECTRONICS COMPANY, LTD.;
    TOSHIBA SAMSUNG STORAGE
22  TECHNOLOGY CORPORATION;
    HITATCHI LTD.; HITATCHI-LG DATA
23  STORAGE INC.; LG ELECTRONICS INC.,
    and NEC CORPORATION,
24
                        Defendants.
25  _____
26
27
28

_____
        STIPULATION RE: EXTENSION OF TIME TO RESPOND TO; [PROPOSED] ORDER

1    WHEREAS the undersigned plaintiff has filed the above-captioned case;

2    WHEREAS plaintiff alleges antitrust violations by manufacturers, distributors, and

3    sellers of Optical Disk Drives and products containing Optical Disk Drives (collectively "ODD

4    products");

5    WHEREAS at least four complaints have been filed to date in federal district courts

6    throughout the United States by plaintiffs purporting to bring class actions on behalf of direct

7    purchasers alleging antitrust violations by manufacturers, distributors, and sellers of ODD

8    products (collectively "the ODD Cases");

9    WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in

10   the ODD Cases;

11   WHEREAS plaintiff and Sony Optiarc America, Inc. ("SOA") have agreed that an

12   orderly schedule for any response to the pleadings in the ODD Cases would be more efficient

13   for the parties and for the Court;

14   WHEREAS plaintiff agrees that the deadline for SOA to answer, move, or otherwise

15   respond to its Complaint shall be extended until the earliest of the following dates: (1) forty-

16   five days after the filing of a Consolidated Amended Complaint in the ODD Cases; or (2)

17   forty-five days after plaintiff provides written notice to SOA that plaintiff does not intend to

18   file a Consolidated Amended Complaint; or (3) any earlier response date to which SOA agrees

19   or by which it is ordered to respond in any ODD case;

20   WHEREAS this Stipulation does not constitute a waiver by SOA of any defense,

21   including but not limited to the defenses of lack of personal jurisdiction, subject matter

22   jurisdiction, improper venue, sufficiency of process or service of process;

23   PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT

24   SOA, BY AND THROUGH THEIR RESPECTIVE

25   COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

26   1.    The deadline for SOA to answer, move, or otherwise respond to plaintiff's

27   Complaint shall be extended until the earliest of the following dates: (1) forty-five days after

28   the filing of a Consolidated Amended Complaint in the ODD Cases; or (2) forty-five days after

-2-

STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

1  plaintiff provides written notice to SOA that plaintiff does not intend to file a Consolidated

2  Amended Complaint; or (3) any earlier response date to which SOA agrees or by which it is

3  ordered to respond in any ODD case.

4      2.      This Stipulation does not constitute a waiver by SOA or any other named

5  defendant joining the Stipulation of any defense, including but not limited to the defenses of

6  lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process

7  or service of process.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

1     IT IS SO STIPULATED.

2     DATED: November 23, 2009                    Respectfully submitted,

3                                                 By:

4                                                 Christopher T. Heffelfinger (SBN 118058)
                                                  **BERMAN DeVALERIO**
5                                                 425 California Street, Suite 2100
                                                  San Francisco, CA  94104
6                                                 Telephone: 415.433.3200
                                                  Facsimile:  415.433.6382
7                                                 cheffelfinger@bermandevalerio.com

8                                                 Mary Jane Fait
                                                  Adam J. Levitt
9                                                 Michael D. Yanovsky
                                                  **WOLF HALDENSTEIN ADLER**
10                                                **FREEMAN & HERZ LLC**
                                                  55 West Monroe Street, Suite 1111
11                                                Chicago, IL 60603
                                                  Telephone: 312.984.0000
12                                                Facsimile:  312.984.0001
                                                  fait@whafh.com
13                                                levitt@whafh.com
                                                  yanovsky@whafh.com

14

15                                                *Attorneys for Plaintiff Amber Nikkel*

16    DATED: November 23, 2009                    By:

17                                                Steven C. Holtzman
                                                  **BOIES, SCHILLER & FLEXNER LLP**
18                                                1999 Harrison Street, Suite 900
                                                  Oakland, California  94612
19                                                Telephone: 510.874.1000
                                                  Facsimile:  510.874.1460
                                                  Email:  sholtzman@bsfllp.com

20                                                *Attorneys for Defendant Sony Optiarc*
                                                  *America, Inc.*

21

22

23

24

25

26

27

28

-4-

STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

1

~~PROPOSED~~ ORDER

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5   Dated:   9/24/09 _____       _____

6                                           Richard Seeborg
                                            United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-